# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

ANTONIO L. KIMBROUGH and JAMES
O. CARTER III,

      Plaintiffs,

  v.

CHEMTRON CORPORATION,

      Defendant.

Case No.  1:21-cv-1844

**NOTICE OF REMOVAL**

Defendant Chemtron Corporation ("Defendant" or the "Company") files this Notice of Removal pursuant to 28 U.S.C. §§  1331, 1441, and 1446.  In support of the removal of this action from state court, Defendant states as follows:

1.      On or about August 25, 2021, Plaintiffs Antonio Kimbrough and James Carter III (collectively, "Plaintiffs") filed a lawsuit in the Lorain County, Ohio, Court of Common Pleas, captioned *Antonio L. Kimbrough & James O. Carter III v. Chemtron Corporation,* Case No. 21-cv-204224 (the "Action"), and named the Company – their former employer – as the sole defendant.  A copy of the Summons and Complaint served via mail on Defendant is attached hereto as Exhibit A.

2.      This Court has original jurisdiction over the Action pursuant to 28 U.S.C. § 1331.

3.      Venue is proper in this Court pursuant to 29 U.S.C. §1446(a) because this District and Division embrace the place in which the Action was filed and is pending.

### FEDERAL QUESTION JURISDICTION

4.      In the Action, Plaintiffs assert two counts against the Company stemming from the termination of their employment in September 2020.  In Count I of their Complaint, Plaintiffs allege that Defendant terminated their employment because of their race (African-American) in violation of Title VII of the Civil Rights Act of 1964 and an unspecified chapter of the Ohio

Revised Code.  *See* Compl., ¶¶ 17-18.  As such, this Court has original jurisdiction over this Action pursuant to 28 U.S.C. § 1331.

5.      In Count II, Plaintiffs allege that their terminations were "wrongful and against the public policy in Ohio."  Compl., ¶¶  20-24.  Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Count II, which forms part of the same case or controversy as Plaintiffs' federal claim, because Plaintiffs' claims stem entirely from the termination of their employment in September 2020.  Accordingly, removal of Plaintiff's state law claims is also proper.

## OTHER PROCEDURAL ISSUES

6.      Defendant was served with a copy of Plaintiffs' Complaint via certified mail on August 31, 2021.  Defendant has not yet answered, moved, or otherwise responded to Plaintiffs' Complaint.  By filing this Notice of Removal, Defendant does not waive any defense that may be available to it, including but not limited to failure to state a claim upon which relief may be granted, lack of jurisdiction, or improper venue.

7.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty (30) days after Defendant's receipt of Plaintiffs' Complaint.

8.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be served promptly upon all parties to the Action and filed with the Lorain County, Ohio, Court of Common Pleas.

WHEREFORE, Defendant, via its undersigned counsel, hereby removes the Action from the Lorain County, Ohio, Court of Common Pleas to the United States District Court for the Northern District of Ohio, Eastern Division.

-2-

4826-8797-5677, v.1

-3-

Dated:  September 28, 2021

Respectfully submitted,

**CHEMTRON CORPORATION**


*/s/ Colleen M. O'Neil*
COLLEEN M. O'NEIL
ABBEY KINSON BROWN
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607
(216) 622-8200 (Phone)
(216) 241-0816 (Fax)
coneil@calfee.com
abrown@calfee.com

*Attorneys for Defendant, Chemtron Corporation*

4826-8797-5677, v.1

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on this 28th day of September, 2021, she electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all counsel of record.

A copy of the foregoing was also served via Federal Express, this 28th day of September, 2021 upon the following:

Anthony B. Giardini
Giardini, Cook & Nicol, LLC
520 Broadway, Third Floor
Lorain, OH 44052

*Counsel for Plaintiffs*

/s/ Abbey Kinson Brown
One of the Attorneys for Defendant